LASALLE BANK NATIONAL ASSOCIATION, Respondent, v KEISHA HENDERSON, Appellant, et al., Defendant.

Submitted April 19, 2010; decided June 17, 2010

---

Motion for leave to appeal dismissed upon the ground that appellant failed to appeal to the Appellate Division from the judgment of Supreme Court which aggrieved her (*see Matter of Frost v Blum*, 48 NY2d 1013 [1980]).

Judge JONES taking no part.